IN THE UNITED DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

H. DANIEL ESTES                                                                              PLAINTIFF

VS.                                                                CASE NO. 4:10-cv-00004-DPJ-FKB

LYON WORKSPACE PRODUCTS, LLC,
LYON METAL PRODUCTS, LLC, and
LYON METAL PRODUCTS, INC.                                                       DEFENDANTS

ESCO CORPORATION, SELF-INSURED                                              INTERVENOR

## ORDER GRANTING MOTION TO INTERVENE

This day this cause came on to be heard upon the Motion of Esco Corporation, self insured, for leave to intervene as a party plaintiff in the above-styled and numbered cause, and the Court, being satisfied there is no response in opposition to the Motion within the time allowed by the Local Rules, finds that the Motion is well taken, and

**IT IS, THEREFORE, ORDERED** that Esco Corporation, self insured, has leave to intervene in this cause, and it is hereby made a party plaintiff to this cause, adopting by reference the allegations made in the complaint as filed in this cause, along with any amendments thereto, and that the pleadings shall reflect Esco Corporation, self insured, as intervenor.

**SO ORDERED** this the _8th_ day of April, 2010.

__/s/ F. Keith Ball_____
UNITED STATES MAGISTRATE JUDGE